**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

Sean White, et.al., CASE NO.15-09973-KST
Chapter 13

________________Debtor(s) /

MEDIATOR'S REPORT OF MORTGAGE MODIFICATION AND COMPLETED MEDIATION

In accordance with the Court's Order of Referral to Mediation, dated February 2, 2015 (Docket #13), a mediation conference was concluded on April 6, 2016. The results are indicated below:

A. The following individuals were notified:
   1. Sean White — Debtor
   2. Jordan Finley — Debtor Attorney
   3. Stefan Beuge — Creditor Attorney
B. The outcome of the mediation conference is as follows:

____X______ A trial Mortgage Modification was offered and accepted prior to scheduled mediation.

__________ The parties did not reach agreement.

__________ The parties agreed to adjourn the mediation to ____________________(date).

__________ The mediation has been terminated.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail April 6, 2016; pursuant to Local Rule 7005-3 to: Jordan Finley, Esq., Stopa Law Firm, 2202 N. Westshore Blvd, Suite 200, Tampa, FL 33607 (jfinley@stopalawfirm.com) and Steven Beuge, Esq., Phelan & Hallinan, PLC, 2727 West Cypress Creek Road, Fort Lauderdale, FL 33309 (FLMD.bankruptcy@phelanhallinan.com).

/s/ Traci K. Stevenson, Mediator
P.O. Box 86690
Madeira Beach, FL 33738
Telephone: (727) 397-4838
tracikstevenson@gmail.com