**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**
**SEAN WHITE,**
**Debtors.**
______________________________/

**Case No.: 6:15-bk-09973-KSJ**
**Chapter 13**

# MOTION TO APPROVE LOAN MODIFICATION

**COME NOW** the Debtor(s), **SEAN WHITE**, by and through the undersigned attorney, and hereby requests the Court approve this loan modification between the Debtor(s) and Ocwen Loan Servicing.

1) Debtor(s) already signed the attached Trial Loan Modification Agreement attached as **Exhibit A**.

2) Debtor(s) requests this Court approve the loan modification which will then allow Ocwen Loan Servicing to sign the agreement with knowledge that all interested parties have notice of the agreement and Court approval.

3) No other parties will be affected by approval of the Trial Loan Modification.

**Wherefore,** Debtor(s) request(s) the Court grant this Motion to Approve Loan Modification and any other relief deemed fit.

**DATED: April 11, 2016**

**Stopa Law Firm**

/s/ Jordan M. Finley
**Jordan Finley**
Florida Bar No.: 99398
2202 N.W. Shore Blvd
Tampa, Florida 33607
(813) 856-4249/Fax: 727-565-0203
jfinley@stopalawfirm.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Approve Loan Modification have been furnished to the following interested parties by Certified Mail, First Class U.S. Mail or Electronic Mail, as indicated below, on this 11th day of April, 2016:

Ocwen Loan Servicing
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Bank of America, N.A.

Ocwen Loan Servicing
Bourque, Michael R., Jr., CFO
402 Strand Street
Frederiksted 00840 VI

Ocwen Loan Servicing
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

/s/ Jordan Finley, Esquire
**Attorney for Debtors**