ORDERED.

**Dated: May 18, 2016**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**
**SEAN WHITE,**
**Debtors.**
______________________________/

**Case No.: 6:15-bk-09973-KSJ**
**Chapter 13**

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

Upon consideration of the Debtors' Motion to Approve Loan Modification filed on April 11, 2016, (docket entry No.: 17) using negative notice, pursuant Local Rule 2002-4, and no response having been filed, the Court considers the matter to be unopposed. It is

**ORDERED:**

1. The Debtors' Motion to Approve Loan Modification with Caliber Home Loans, Inc is Granted.

Attorney Jordan M. Finley is directed to serve a copy of
this order on interested parties and file a proof of service within 3 days of entry of the order