CALIBER HOME LOANS

Lower Your Monthly Payment by $99.86

March 21, 2016

SEAN T WHITE
1000 DOYLE RD
DELTONA, FL 32725

Re: Loan Number: 00009804296318
Property Address: 1000 DOYLE RD
DELTONA, FL 32725

Dear Borrower(s),

**Congratulations!** You are approved for a Trial Period Plan. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter to understand all the steps you need to take to modify your loan.

| | |
|---|---|
| Current principal and interest payment<br>$1,524.56 | Proposed principal and/or interest payment[1]<br>$1,360.37 |
| Current taxes and insurance payment (estimated if escrowed)<br>$539.84 | Proposed taxes, insurance, and/or ancillary payment (loans will be escrowed)<br>$604.17 |
| Current total monthly payment (including estimated amount if escrowed)<br>$2,064.40 | Proposed total monthly payment<br>$1,964.54 |

**Savings of $99.86 per month**

**What you need to do to accept this offer:**

1. Sign and return the Acknowledgment page below by 05/01/2016 using the return information below.

**Caliber Home Loans, Inc.**
**Attn: Loss Mitigation Modification**
13801 Wireless Way
Oklahoma City, OK 73134
Fax Number: 405-608-2011
Email: calibermods@caliberhomeloans.com

2. Send your monthly trial period payments—instead of your normal monthly payment—as follows:

| | | | |
|---|---|---|---|
| 1st Payment: | $1,964.54 | due by | 05/01/2016 |
| 2nd Payment: | $1,964.54 | due by | 06/01/2016 |
| 3rd Payment: | $1,964.54 | due by | 07/01/2016 |

## Acknowledgement

The terms of your Trial Period Plan below are effective on the day you make your first Trial Period Payment, provided you pay it within 30 days of 05/01/2016 and you have returned the Acknowledgment. If you fail to timely make your second or third payments within 30 days of their due dates, this offer will be revoked and foreclosure proceedings may continue. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Trial Period Plan. If you fail to comply with the terms of the Trial Period Plan, a new notice of default, notice of intent to accelerate, notice of acceleration, or similar notices ("foreclosure notices") will not be necessary to continue the foreclosure action. You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law.

- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you may now be required to do so unless prohibited by state law:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You will be required to establish an escrow account and to pay required escrows into that account. You acknowledge that these amounts may vary and will affect the amount of your total monthly payment.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**Credit Reporting:**

- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. **CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. AS A RESULT, ENTERING INTO A TRIAL PERIOD PLAN MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.** For more information about your credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

This Acknowledgement is signed on the date indicated below (all borrowers who signed the original note must sign):

Borrower(s): [signature] Dated: 8/22/16

Borrower SEAN T WHITE

AccountNumber: 00009804296318