## Account Ledger

Case 1509973 Debtor1 SEAN T WHITE Trustee WEATHERFORD, LAURIE (WINTER PARK, FL)

**Filter By** **All Claims** **All Payees** **All Transactions** **All Time**

## Receipts & Disbursements




| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 06/06/2018 | 8 | 1632545 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$3929.12 |
| 05/29/2018 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 05/29/2018 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 05/07/2018 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 05/07/2018 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 04/04/2018 | 8 | 1623235 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$3929.12 |
| 03/26/2018 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 03/26/2018 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 03/12/2018 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 03/12/2018 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 02/07/2018 | 8 | 1613590 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 01/29/2018 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 01/29/2018 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 01/10/2018 | 8 | 1608272 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 12/27/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 12/27/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 12/06/2017 | 8 | 1602631 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11/28/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 11/28/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 11/01/2017 | 8 | 1597593 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 10/30/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 10/30/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 10/04/2017 | 8 | 1592455 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 10/02/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 10/02/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$89.78 |
| 09/06/2017 | 8 | 1587406 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 08/28/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$126.61 |
| 08/28/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 08/02/2017 | 8 | 1582137 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 07/25/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 07/25/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$126.61 |
| 07/05/2017 | 8 | 1576951 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 06/27/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 06/27/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 06/07/2017 | 8 | 1571499 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$3929.12 |
| 05/30/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 05/30/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 05/03/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 05/03/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 04/05/2017 | 8 | 1559673 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 03/28/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 03/28/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 03/01/2017 | 8 | 1553546 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 02/27/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 02/27/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 02/01/2017 | 8 | 1547475 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 02/01/2017 | 5 | 1547926 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$74.66 |
| 02/01/2017 | 4 | 1549691 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$17.07 |
| 02/01/2017 | 9 | 1549133 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$40.06 |
| 01/25/2017 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 01/25/2017 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 01/04/2017 | 9 | 1543207 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$78.07 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/04/2017 | 4 | 1543684 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$33.27 |
| 01/04/2017 | 5 | 1542117 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$145.53 |
| 01/04/2017 | 8 | 1541730 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 12/27/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 12/27/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 12/07/2016 | 8 | 1535805 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$3929.12 |
| 12/07/2016 | 5 | 1536279 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$291.05 |
| 12/07/2016 | 4 | 1538138 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$66.54 |
| 12/07/2016 | 9 | 1537570 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$156.15 |
| 11/29/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 11/29/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 11/07/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$80.57 |
| 11/07/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 10/05/2016 | 8 | 1524332 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 10/05/2016 | 9 | 1526062 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$71.08 |
| 10/05/2016 | 4 | 1526619 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$30.29 |
| 10/05/2016 | 5 | 1524786 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$132.48 |
| 09/26/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$103.59 |
| 09/26/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 09/07/2016 | 8 | 1517758 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 09/07/2016 | 5 | 1518234 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$132.49 |
| 09/07/2016 | 4 | 1520140 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$30.29 |
| 09/07/2016 | 9 | 1519556 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$71.07 |
| 08/25/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$103.59 |
| 08/25/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 08/03/2016 | 8 | 1511017 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$1964.56 |
| 08/03/2016 | 4 | 1513386 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$36.55 |
| 08/03/2016 | 9 | 1512809 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$85.77 |
| 08/03/2016 | 5 | 1511495 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$159.86 |
| 07/25/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$64.46 |
| 07/25/2016 | | | N/A | TFS-MONTHLY PLAN PAYMENT | $2302.00 |
| 07/06/2016 | 8 | 1504914 | CALIBER HOME LOANS, INC. | PRINCIPAL (SYSTEM CHECK) | -$13751.92 |
| 07/06/2016 | 4 | 1507142 | QUANTUM3 GROUP, LLC | PRINCIPAL (SYSTEM CHECK) | -$161.70 |
| 07/06/2016 | 9 | 1506575 | MIDLAND CREDIT MANAGEMENT, INC. | PRINCIPAL (SYSTEM CHECK) | -$379.46 |
| 07/06/2016 | 5 | 1505361 | DISCOVER BANK | PRINCIPAL (SYSTEM CHECK) | -$707.28 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/06/2016 | 0 | 1506050 | JORDAN M FINLEY | ATTORNEY FEE (SYSTEM CHECK) | -$1639.00 |
| 06/27/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$64.46 |
| 06/27/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2302.00 |
| 05/24/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |
| 05/24/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 04/25/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 04/25/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |
| 03/28/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |
| 03/28/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 02/24/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 02/24/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |
| 01/26/2016 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |
| 01/26/2016 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 12/28/2015 | | | N/A | TRUSTEE FEE – PLAN RECEIPT | -$70.00 |
| 12/28/2015 | | | N/A | NATIONWIDE TFS RECEIPT | $2500.00 |