Reply all | Delete Junk | ...

Reply all |

---------- Forwarded message ----------
From: **Sean White**
Date: Mon, Aug 22, 2016 at 4:54 PM
Subject: Re: Confidential
To: Caliber Mods <calibermods@caliberhomeloans.com>

Attached is the acknowledgement of the trial period plan.

Since there were no details on the basis of the proposed payment, who should I contact for the terms of the payment?

thanks,
Sean White

On Mon, Aug 22, 2016 at 4:20 PM, Caliber Mods <calibermods@caliberhomeloans.com> wrote:

CALIBER HOME LOANS

**"This is an attempt by a debt collector to collect a consumer debt and any information obtained will be used for that purpose."**

This electronic transmission and any documents or other writings sent with it constitute confidential information, which is intended only for the named recipient. If you are not the intended recipient, please reply to the sender that you have received the message in error and delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited. Caliber Home Loans, Inc. 3701 Regent Blvd., Suite 200, Irving, TX 75063. Equal Housing Lender. NMLS # 15622