UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:15-bk-09973-KSJ

In re:

SEAN T WHITE,

Debtor.
_______________________________/

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO ENFORCE MODIFICATION, FOR ACCOUNTING OF PAYMENTS MADE TO CREDITORS, AND TO MODIFY CONFRIMED PLAN (DOCKET NO 29)**

**COMES NOW** Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee, and files this Response to Debtor's Motion to Enforce Modification, for Accounting of Payments Made to Creditors, and to Modify Confirmed Chapter 13 Plan ("Motion"), and states the following:

1. The Trustee provided an accounting history per Debtor's request on June 25, 2018, as attached to the Motion as Doc 29-3.
2. Attached are the disbursements made to the Creditor during the pendency of this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail or by Electronic Transmission on June 26, 2018 to

- **Mark P Stopa** bankruptcy@stopalawfirm.com
- **Robertson, Anschutz, & Schneid, P.L., Attn: Madison Carol Wilson** mwilson@rasflaw.com

LAURIE K. WEATHERFORD
Chapter 13 Standing Trustee

BY: /s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665

| | | | |
|---|---|---|---|
| **6:15-bk-09973-KSJ** | **SEAN T WHITE** (XXX-XX-2970) | **$2,302.00 MO** | **Bar Date:** **3/29/2016 (has passed) 5/23/2016 (has passed)** |
| Tickle Me | **Attorney: ANTHONY D VAMVAS** Tiers | | **Confirmed:** **6/15/2016 Bar Check is YES** |
| | | | **Case Status:** **Nearing Completion** |

**Disbursements made by Trustee to Caliber Home Loans, Inc. during pendency of case:**

| | | | | | |
|---|---|---|---|---|---|
| 6/6/2018 | 8 | CALIBER HOME LOANS, INC. | 1632545 | Principal (System Check) - MONTHLY DISBURSEMENTS | $3,929.12 |
| 4/4/2018 | 8 | CALIBER HOME LOANS, INC. | 1623235 | Principal (System Check) - MONTHLY DISBURSEMENTS | $3,929.12 |
| 2/7/2018 | 8 | CALIBER HOME LOANS, INC. | 1613590 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 1/10/2018 | 8 | CALIBER HOME LOANS, INC. | 1608272 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 12/6/2017 | 8 | CALIBER HOME LOANS, INC. | 1602631 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 11/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1597593 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 10/4/2017 | 8 | CALIBER HOME LOANS, INC. | 1592455 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 9/6/2017 | 8 | CALIBER HOME LOANS, INC. | 1587406 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 8/2/2017 | 8 | CALIBER HOME LOANS, INC. | 1582137 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 7/5/2017 | 8 | CALIBER HOME LOANS, INC. | 1576951 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 6/7/2017 | 8 | CALIBER HOME LOANS, INC. | 1571499 | Principal (System Check) - MONTHLY DISBURSEMENTS | $3,929.12 |
| 4/5/2017 | 8 | CALIBER HOME LOANS, INC. | 1559673 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 3/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1553546 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 2/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1547475 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 1/4/2017 | 8 | CALIBER HOME LOANS, INC. | 1541730 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 12/7/2016 | 8 | CALIBER HOME LOANS, INC. | 1535805 | Principal (System Check) - MONTHLY DISBURSEMENTS | $3,929.12 |
| 10/5/2016 | 8 | CALIBER HOME LOANS, INC. | 1524332 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 9/7/2016 | 8 | CALIBER HOME LOANS, INC. | 1517758 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 8/3/2016 | 8 | CALIBER HOME LOANS, INC. | 1511017 | Principal (System Check) - MONTHLY DISBURSEMENTS | $1,964.56 |
| 7/6/2016 | 8 | CALIBER HOME LOANS, INC. | 1504914 | Principal (System Check) - MONTHLY DISBURSEMENTS | $13,751.92 |
| | | | | **Totals:** | **$58,936.80** |