Case | Parties | Pay Schedules | Payees | Financials | Forum | Documents | Docket | Attach | Worksheets

Recently Accessed Cases: 6:15-bk-09973-KSJ SEAN T WHITE

**6:15-bk-09973-KSJ** SEAN T WHITE (XXX-XX-2970) $2,302.00 MO

Tickle Me

Attorney: ANTHONY D VAMVAS Tiers

Bar Date: 3/29/2016 (has passed) 5/23/2016 (has passed)
Confirmed: 6/15/2016 Bar Check is YES
Case Status: Nearing Completion

SEAN T WHITE paying **$2,302.00** MONTHLY

Adequate Protection:

Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments | Show All

Start: First | End: Last | Post Code: All Post Codes | Claim ID: All IDs | Payee Name: All Names

**Check Status:** Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 6/6/2018 | 8 | CALIBER HOME LOANS, INC. | 1632545 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $3,929.12 |
| 5/29/2018 | 94414 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 5/29/2018 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 5/7/2018 | 94178 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 5/7/2018 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 4/4/2018 | 8 | CALIBER HOME LOANS, INC. | 1623235 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $3,929.12 |
| 3/26/2018 | 93674 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 3/26/2018 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 3/12/2018 | 93504 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 3/12/2018 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 2/7/2018 | 8 | CALIBER HOME LOANS, INC. | 1613590 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 1/29/2018 | 92965 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 1/29/2018 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 1/10/2018 | 8 | CALIBER HOME LOANS, INC. | 1608272 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 12/27/2017 | 92597 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 12/27/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 12/6/2017 | 8 | CALIBER HOME LOANS, INC. | 1602631 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 11/28/2017 | 92276 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 11/28/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 11/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1597593 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 10/30/2017 | 91899 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 10/30/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 10/4/2017 | 8 | CALIBER HOME LOANS, INC. | 1592455 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 10/2/2017 | 91505 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 10/2/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $89.78 |
| 9/6/2017 | 8 | CALIBER HOME LOANS, INC. | 1587406 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 8/28/2017 | 91046 | | | TFS-Monthly Plan Payment | $2,302.00 | |
| 8/28/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $126.61 |
| 8/2/2017 | 8 | CALIBER HOME LOANS, INC. | 1582137 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 7/25/2017 | 90581 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 7/25/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $126.61 |
| 7/5/2017 | 8 | CALIBER HOME LOANS, INC. | 1576951 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 6/27/2017 | 90259 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 6/27/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 6/7/2017 | 8 | CALIBER HOME LOANS, INC. | 1571499 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $3,929.12 |
| 5/30/2017 | 89888 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 5/30/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 5/3/2017 | 89577 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 5/3/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 4/5/2017 | 8 | CALIBER HOME LOANS, INC. | 1559673 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 3/28/2017 | 89031 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 3/28/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 3/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1553546 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 2/27/2017 | 88561 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 2/27/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 2/1/2017 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1549133 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $40.06 |
| 2/1/2017 | 8 | CALIBER HOME LOANS, INC. | 1547475 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 2/1/2017 | 5 | DISCOVER BANK | 1547926 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $74.66 |
| 2/1/2017 | 4 | QUANTUM3 GROUP, LLC | 1549691 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $17.07 |
| 1/25/2017 | 88110 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 1/25/2017 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 1/4/2017 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1543207 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $78.07 |
| 1/4/2017 | 8 | CALIBER HOME LOANS, INC. | 1541730 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 1/4/2017 | 5 | DISCOVER BANK | 1542117 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $145.53 |
| 1/4/2017 | 4 | QUANTUM3 GROUP, LLC | 1543684 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $33.27 |
| 12/27/2016 | 87676 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 12/27/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 12/7/2016 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1537570 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $156.15 |
| 12/7/2016 | 8 | CALIBER HOME LOANS, INC. | 1535805 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $3,929.12 |
| 12/7/2016 | 5 | DISCOVER BANK | 1536279 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $291.05 |
| 12/7/2016 | 4 | QUANTUM3 GROUP, LLC | 1538138 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $66.54 |
| 11/29/2016 | 87272 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 11/29/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 11/7/2016 | 87010 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 11/7/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $80.57 |
| 10/5/2016 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1526062 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $71.08 |
| 10/5/2016 | 8 | CALIBER HOME LOANS, INC. | 1524332 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 10/5/2016 | 5 | DISCOVER BANK | 1524786 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $132.48 |
| 10/5/2016 | 4 | QUANTUM3 GROUP, LLC | 1526619 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $30.29 |
| 9/26/2016 | 86215 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 9/26/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $103.59 |
| 9/7/2016 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1519556 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $71.07 |
| 9/7/2016 | 8 | CALIBER HOME LOANS, INC. | 1517758 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 9/7/2016 | 5 | DISCOVER BANK | 1518234 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $132.49 |
| 9/7/2016 | 4 | QUANTUM3 GROUP, LLC | 1520140 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $30.29 |
| 8/25/2016 | 85655 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 8/25/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee - Plan Receipt | | $103.59 |
| 8/3/2016 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1512809 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $85.77 |
| 8/3/2016 | 8 | CALIBER HOME LOANS, INC. | 1511017 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/3/2016 | 8 | CALIBER HOME LOANS, INC. | 1511617 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $1,964.56 |
| 8/3/2016 | 5 | DISCOVER BANK | 1511495 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $159.86 |
| 8/3/2016 | 4 | QUANTUM3 GROUP, LLC | 1513386 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $36.55 |
| 7/25/2016 | 85062 | | - | TFS-Monthly Plan Payment | $2,302.00 | |
| 7/25/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $64.46 |
| 7/6/2016 | 9 | MIDLAND CREDIT MANAGEMENT, INC. | 1506575 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $379.46 |
| 7/6/2016 | 8 | CALIBER HOME LOANS, INC. | 1504914 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $13,751.92 |
| 7/6/2016 | 5 | DISCOVER BANK | 1505361 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $707.28 |
| 7/6/2016 | 4 | QUANTUM3 GROUP, LLC | 1507142 | Principal (System Check) - MONTHLY DISBURSEMENTS | | $161.70 |
| 7/6/2016 | 0 | JORDAN M FINLEY | 1506050 | Attorney Fee (System Check) - MONTHLY DISBURSEMENTS | | $1,639.00 |
| 6/27/2016 | 84590 | | - | Nationwide TFS Receipt | $2,302.00 | |
| 6/27/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $64.46 |
| 5/24/2016 | 84086 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 5/24/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| 4/25/2016 | 83511 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 4/25/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| 3/28/2016 | 83016 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 3/28/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| 2/24/2016 | 82444 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 2/24/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| 1/26/2016 | 81951 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 1/26/2016 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| 12/28/2015 | 81466 | | - | Nationwide TFS Receipt | $2,500.00 | |
| 12/28/2015 | | LAURIE K WEATHERFORD, TRUSTEE | | Trustee Fee – Plan Receipt | | $70.00 |
| | | | | **Totals:** | **$70,248.00** | **$66,018.99** |