Label Matrix for local noticing
113A-6
Case 6:15-bk-09973-KSJ
Middle District of Florida
Orlando
Mon Jun 25 15:28:58 EDT 2018

Caliber Home Loans Inc
Popkin & Rosaler PA
c/o Brian L Rosaler
1701 West Hillsboro Blvd Ste 400
Deerfield Beach, FL 33442-1572

US Bank Trust, N.A., as Trustee for Lsf9 Mas
c/o Phelan Hallinan Diamond & Jones PLLC
2727 West Cypress Creek Road
Fort Lauderdale, FL 33309-1721

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Amber B. McMichael
600 North Westshore Blvd
Tampa, FL 33609-1140

Caliber Home Loans, Inc.
C/O Popkin & Rosaler, P.A.
1701 W Hillsboro Blvd, Suite 400
Deerfield Beach, FL 33442-1572

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Clarfied, Okon, Salomone & P
600 North Westshore Blvd
Tampa, FL 33609-1145

Comenitycapital/bjsclb
Po Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Midland Credit Management Inc
as agent for Midland Funding LLC
PO Box 2011
Warren MI 48090-2011

Ocwen Financial Corp.
Attn: Bankruptcy Dept.
2711 Centerville Rd.
Ste. 400
Wilmington, DE 19808-1645

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Syncb/Rooms To Go
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

caliber Home Loans, Inc
13801 Wireless Way
Oklahoma City, OK 73134-2500

Anthony D Vamvas
Stopa Law Firm
2202 North Westshore Blvd, Suite 200
Tampa, FL 33607-5749

Kevin E Paul
Stopa Law Firm
2202 North Westshore Blvd., Suite 200
Tampa, FL 33607-5749

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Mark P Stopa
Stopa Law Firm
2202 N. Westshore Blvd, Ste. 200
Tampa, FL 33607-5749

Sean T White
1000 Doyle Road
Deltona, FL 32725-9034

Traci K Stevenson
P.O. Box 86690
Madeira Beach, FL 33738-6690

End of Label Matrix
Mailable recipients 24
Bypassed recipients 0
Total 24