UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO.: 6:15-bk-09973-KSJ

SEAN T WHITE

CHAPTER: 13

Debtor(s).
_______________________________________________/

**AMENDED RESPONSE TO DEBTOR'S MOTION TO ENFORCE MODIFICATION [DE29]**
***1000 Doyle Road, Deltona, FL 32725***

**COMES NOW**, CALIBER HOME LOANS, INC. SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ("Secured Creditor"), by and through its undersigned counsel, as and for its Amended Response to Debtor's Motion to Enforce Modification (the "Motion"), and in support states as follows:

1. On November 25, 2015, Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.
2. Secured Creditor holds a security interest in Debtor's real property, located at *1000 Doyle Road, Deltona, FL 32725*, legally described as:

   **LOT 7, ASSESSORS SUBDIVISION OF ENTERPRISE, a subdivision according tot he plat thereof as recorded in Plat Book 3, Pages 43 through 146, inclusive, of the Public Records of Volusia County, Florida.**

3. On June 25, 2018, Debtor filed a Motion to Enforce Modification [DE29].
4. As mentioned in Debtor's Motion, Debtor was offered a Trial Modification with the requirement to sign and return the Acknowledgment page by May 1, 2016.
5. Debtor admits in paragraph 9 of his Motion that it was not returned until August 22, 2016.
6. Therefore, Debtor did not comply with the terms of the trial modification.
7. Secured Creditor previously offered a modification in its original Reply [DE32], however, those terms have expired.
8. Again, in a show of good faith, Secured Creditor is willing to offer another permanent loan modification with the following terms:

| | | |
|---|---|---|
| loan number | 9804296318 | |
| mod type | P_W_LTS | |
| current upb | $ 256,234.65 | |
| mod upb | $ 339,126.20 | |
| mod rate | 2.50% | for 60 mos, will step up 1%/year, final rate 5.125% |
| interest method | amortizing at 480 | |
| 1st pmnt | 10/1/2018 | |
| new maturity date | 9/1/2058 | |
| PI | $ 1,118.37 | |
| TI | $ 753.06 | |
| PITI | $ 1,871.43 | |
| capitalized amount total | $ 83,270.51 | total |
| capitalized_1 | $ 52,705.83 | delq interest |
| capitalized_2 | $ 1,797.25 | bal corp advance |
| capitalized_3 | $ 28,767.43 | bal escrow advance |
| capitalized_4 | $ - | late charge balance |
| capitalized_5 | $ - | beginning pending accrued interest |
| waived | $ - | |
| | *amounts are not final and changes could occur once final document is generated | |

9. If Debtor accepts these terms, Secured Creditor requests 30 days from being provided written notice to draft the necessary agreement.

10. Debtor's counsel shall notify the office of the undersigned of their decision.

WHEREFORE, Secured Creditor respectfully requests that Debtor's Motion be Denied in the event Debtor does not accept Secured Creditor's loan modification offer, and for such further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the MIDDLE District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Dated: September 20, 2018

Respectfully submitted,
/s/ BRIAN L. ROSALER

**BRIAN L. ROSALER**
Florida Bar No.: 0174882
**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL 33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
Email: bankruptcy@popkinrosaler.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this 20 day of September , 2018.

Sean T White
1000 Doyle Road
Deltona, FL 32725

Christopher L. Hixson, Esq.
ATHENA LAW, PLLC
13272 112th St.
Largo, Florida 33778

Jordan M Finley, Esq.
Stopa Law Firm
2202 North Westshore Blvd., Suite 200
Tampa, FL 33602

Mark P. Stopa, Esq.
Stopa Law Firm
2202 North Westshore Blvd., Suite 200
Tampa, FL 33602

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882