ORDERED.

**Dated: October 30, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO.: 6:15-bk-09973-KSJ

SEAN T WHITE
AKA SEAN THOMAS WHITE

CHAPTER: 13

Debtor(s).
_______________________________________/

**AGREED ORDER GRANTING MOTION TO APPROVE PERMANENT MORTGAGE MODIFICATION**

This matter came before the Court:

☒ On the Creditor's Agreed Motion to Approve Permanent Mortgage Modification Agreement with Caliber Home Loans, Inc. servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Lender").

**ORDERED** as follows:

1. The Agreed Motion to Approve Permanent Mortgage Modification Agreement between the Debtor and Lender regarding real property located at **1000 Doyle Road, Deltona, FL 32725** is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. Payments should be sent to:
   Caliber Home Loans, Inc.
   PO Box 24330
   Oklahoma City OK 73124

4. [For chapter 13 cases] The Debtor shall amend/modify the last filed Chapter 13 plan on or before December 1, 2018 to provide for the payment.

5. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

**Submitted by:**
BRIAN L. ROSALER, Esq
POPKIN & ROSALER, P.A.
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL 33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
bankruptcy@popkinrosaler.com

Creditor's Attorney, Brian Rosaler, shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rules.