UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO.: 6:15-bk-09973-KSJ

SEAN T WHITE
AKA SEAN THOMAS WHITE

CHAPTER: 13

Debtor(s).
_______________________________________/

**MOTION TO VACATE AGREED ORDER GRANTING PERMANENT MODIFICATION [DE41]**

*RE: Property 1000 Doyle Road, Deltona, FL 32725*

**TO THE HONORABLE JUDGE OF SAID COURT:**

**SECURED CREDITOR,** CALIBER HOME LOANS, INC. SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ("MOVANT"), by and through its undersigned attorney, hereby files this Motion to Vacate the Agreed Order Granting the Motion to Approve Permanent Loan Modification ("Modification Order") in this action, and in support thereof, states:

1. On November 25, 2015, the above Debtor(s) filed a Voluntary Petition for Relief pursuant to Chapter 15 of the United States Bankruptcy Code.
2. Debtor filed a Motion to Enforce Modification [DE29] and Movant Responded [DE32].
3. The Response included preliminary figures including $257,109.45 as the current principal balance and $340,765.69 as the modified unpaid principal balance.
4. Debtor advised he would accept the terms, whereby a permanent loan modification agreement was drafted and provided to him and his counsel.
5. Debtor then executed permanent modification on October 15, 2018 and returned the original.
6. Movant filed an Agreed Motion to Approve the Permanent Modification [DE39] on October 25, 2018 with a copy of the modification attached.
7. An Order [DE41] granting the Motion was entered October 30, 2018.

8. Shortly thereafter, internal review of the file revealed that the permanent modification agreement included only $255,824.51 as the modified principal balance, but was missing the deferred balance of $82,594.56 for a total of $338,419.07.
9. According to paragraph 4G of the permanent modification agreement:

> Borrower will execute such other documents or papers as may be reasonably necessary or required to either (i) consummate the terms and conditions of this Agreement, or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. Borrower understands that either a corrected Agreement or a letter agreement containing the correction will be provided to Borrower for Borrower's signature. At the option of the Lender, if Borrower elects not to sign any such corrective documentation, the terms of the operative Loan Documents will continue in full force and effect, and such terms will not be modified by this Agreement.

10. Debtor was made of aware of the error and was provided a corrected loan modification that includes the proper figures, with the rest of the terms the same.
11. The deadline to provide the executed corrected loan modification has already been extended multiple times.
12. Debtor refuses to execute and return the corrected loan modification.
13. As such, the Modification Order must be vacated and the terms of the original note and mortgage will apply.
14. Movant has incurred attorneys' fees of $500.00 as a result of having to file this Motion.
15. Movant, therefore, seeks an award of its fees, or alternatively, leave to seek recovery of its reasonable bankruptcy attorneys' fees in any pending or subsequent foreclosure action.

**WHEREFORE, PREMISES CONSIDERED,** MOVANT prays that this Court enter an order Vacating the Modification Order in this matter.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the MIDDLE District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL 33442
Telephone: (954) 360-9030

Facsimile: (954) 420-5187
bankruptcy@popkinrosaler.com

By: /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on this this 11 day of January , 2019 by electronic notice if registered in the Electronic Case Filing system, otherwise by regular U.S. Mail to:

Sean T White
1000 Doyle Road
Deltona, Fl 32725

Christopher L. Hixson, Esq.
Athena Law, Pllc
13272 112th St.
Largo, Florida 33778

Anthony D Vamvas
Stopa Law Firm
2202 North Westshore Blvd, Suite 200
Tampa, FL 33607

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, Fl 32790

U.S. Trustee
United States Trustee - Orl7/13, 7
Office Of The United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Fl 32801

By: /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882