**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION DIVISION**

**IN RE:** **Case No. 6:15-bk-09973-KSJ**

**SEAN T WHITE**

**Debtor /** **Chapter 13**

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Laurie K Weatherford files this Notice of Final Cure Payment.

### CLAIM(S) PROVIDED FOR IN CHAPTER 13 PLAN

The claim listed below was provided for in the confirmed Chapter 13 Plan pursuant to the orders of this court, through November 2018, which is the final month of the Debtor's plan duration. The amount required to cure the default in the claim listed below has been paid in full:

**CREDITOR: CALIBER HOME LOANS, INC.**

| Court Claim # | Account Number | Description | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 6318 | Ongoing Mortgage | $347,641.66 | $70,724.16 | $70,724.16 |
| | | | | | $70,724.16 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S. C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder 's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**Case No. 6:15-bk-09973-KSJ**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the parties listed below by first -class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court on this 16th day of July, 2019.

Sean T White, 1000 Doyle Road, Deltona, FL 32725

Electronic Service - Christopher L Hixson, Athen Law, 13272 112Th St, Largo, FL 33778

Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124

Electronic Service - United States Trustee

**/S/ LAURIE K WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com