**[jiffyordnh]** [Bench Order No Hearing +]

ORDERED.

**Dated: August 07, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:15−bk−09973−KSJ
Chapter 13

Sean T White
aka Sean Thomas White

Debtor* /

**ORDER GRANTING MOTION FOR FINAL DECREE**

THIS CASE came on for consideration without a hearing of the **Motion for Final Decree** (Doc. **68** ), filed by **Debtor Sean White** .

The Court having considered the record, the Motion for Final Decree is Granted .

The clerk is directed to close the case. All motions/objections/applications that have not been resolved are denied as moot.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.